IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHANIKA SHANNON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO.: ) 2:11-cv-00811-MEF-TFM ) |
| JUDICIAL CORRECTION SERVICES, INC., | ) JURY DEMAND ) ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Shanika Shannon and Defendant Judicial Correction Services, Inc. move this Court to dismiss with prejudice all of the claims in the above-captioned matter, with each party to bear her or its own costs, attorneys' fees and expenses. The parties represent that all claims have been resolved through settlement.

Submitted this 19th day of June, 2012.

_____
One of the Attorneys for Plaintiff

OF COUNSEL:
Temple D. Trueblood
WIGGINS, CHILDS, QUINN
PANTAZIS, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
Telephone: (205) 314-0514
Facsimile: (205) 314-0714
Email: TTrueblood@wcqp.com

_____
One of the Attorneys for Defendant

OF COUNSEL:
William P. Gray, Jr.
Douglas N. Robertson
GRAY & ASSOCIATES, L.L.C.
3800 Colonnade Parkway, Suite 350
Birmingham, Alabama 35243
Telephone: (205) 968-0900